# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v. NATHAN MICHAEL TRIANO**            **Case No.  2:22-CR-137-MKD-1**

Spokane Video Conference (ACE @ Richland; Counsel and Defendant @ Spokane)
Defendant consented to appear via video conference

**Initial Appearance and Arraignment on Indictment:**            **12/27/2022**

| | | | |
|---|---|---|---|
| ☒ | Lee Reams, Courtroom Deputy [S] | ☒ | Alison Gregoire, US Atty |
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Steve Hormel, Defense Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictment |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is NATHAN MICHAEL TRIANO.

Defendant was advised of his rights and the allegations contained in the Indictment.

"Not guilty" plea entered.

Based on information contained in the Financial Affidavit, the Court appointed the CJA counsel Steve Hormel to represent Defendant in this matter.

Government has filed a motion for detention (ECF No. 9). Ms. Gregoire made factual proffers and Defense counsel requested a Detention Hearing.

Rebuttal.

U.S. Probation Officer Patrick Dennis addressed the court.

The Court will set a Detention Hearing on December 28, 2022 at 11:00 a.m.

---

Digital Recording/S-740            Time:  11:01 a.m. – 11:27 a.m.            Page 1

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
2. Discovery to be provided according to Local Rules on discovery.
3. Detention hearing set on December 28, 2022 at 11:00 a.m.
4. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing: 12/28/2022 @**
**11:00 a.m.**
**[Y/ACE] (Video Conf)**